# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFIDENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXS GROUP LLC, a Delaware corporation; and AEG FACILITIES, LLC, a Delaware corporation,<br><br>Defendants. | Case No.: 17-cv-02181-H-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 27.] |

On March 9, 2018, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs, expenses and attorney's fees. (Doc. No. 27.) The Court, for good cause shown, grants the joint motion to dismiss and dismisses the entire action with prejudice, with each party to bear its costs, expenses and attorney's fees. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: March 12, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT